**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE MONEY SUITE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>21ST CENTURY INSURANCE AND FINANCIAL SERVICES, INC., ET AL.<br><br>Defendants | C.A. No. 13-984-GMS<br><br>JURY TRIAL DEMANDED |
| THE MONEY SUITE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC.<br><br>Defendant | C.A. No. 13-985-GMS<br><br>JURY TRIAL DEMANDED |
| THE MONEY SUITE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LENDING TREE, LLC<br><br>Defendant | C.A. No. 13-986-GMS<br><br>JURY TRIAL DEMANDED |
| THE MONEY SUITE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP, INC.<br><br>Defendant | C.A. No. 13-1747-GMS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| THE MONEY SUITE COMPANY, | |
| Plaintiff, | C.A. No. 13-1748-GMS |
| v. | JURY TRIAL DEMANDED |
| METLIFE, INC. | |
| Defendant | |

**DECLARATION OF MICHAEL T. BOARDMAN IN SUPPORT OF THE MONEY SUITE COMPANY'S RESPONSIVE BRIEF IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR INVALIDITY OF U.S. PATENT NO. 6,684,189 UNDER 35 U.S.C. § 101**

I, Michael T. Boardman, declare and state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ, August & Kabat, counsel of record for Plaintiff The Money Suite Company in the above captioned actions. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,684,189 ("'189 patent").

3. Attached as Exhibit 2 is a true and correct copy of the Declaration of Lee Hollaar and attachments thereto submitted in the file history of the '189 patent on January 17, 2001.

4. Attached as Exhibit 3 is a true and correct copy of the Declaration of Lee Hollaar and attachments thereto submitted in the file history of the '189 patent on July 6, 2001.

5. Attached as Exhibit 4 is a true and correct copy of the Central District of California's Claim Construction Order in *Money Suite Co. v. Ins. Answer Ctr.*, LLC,

2013 U.S. Dist. LEXIS 183408 (C.D. Cal. Mar. 25, 2013).

6. Attached as Exhibit 5 is a true and correct copy of the Patent and Trademark Appeal Board ("PTAB") decision in *PNC Bank v. Secure Axcess, LLC*, Case CBM2014-00100 (Sept. 9, 2014).

7. Attached as Exhibit 6 is a true and correct copy of the PTAB decision in. *U.S. Bancorp v. Solutran, Inc.,* CBM2014-00076 (Aug. 7, 2014).

8. Attached as Exhibit 7 is a true and correct copy of excerpts of Figures 3E-1 and 37B-8, taken from the specification of the '189 patent.

I declare under penalty of perjury that the foregoing is true and correct. Executed October 27, 2014, at Los Angeles, California.

By: */s/ Michael T. Boardman*

Michael T. Boardman