IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE MONEY SUITE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>21ST CENTURY INSURANCE AND FINANCIAL SERVICES, INC., 21ST CENTURY INSURANCE GROUP, FARMERS GROUP, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 13-984-GMS |
| THE MONEY SUITE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 13-985-GMS |
| THE MONEY SUITE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LENDINGTREE LLC,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 13-986-GMS |
| THE MONEY SUITE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 13-1747-GMS |

| | |
|---|---|
| THE MONEY SUITE COMPANY,            )<br>                                     )<br>         Plaintiff,                  )<br>                                     )<br>     v.                              )<br>                                     )<br> METLIFE INC.,                       )<br>                                     )<br>         Defendant.                  )<br>                                     ) | C.A. No. 13-1748-GMS |

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED that:

1. The Defendants' Joint Motions for Invalidity (C.A. No. 13-984-GMS, D.I. 22; C.A. No. 13-985-GMS, D.I. 19; C.A. No. 13-986-GMS, D.I. 15; C.A. No. 13-1747-GMS, D.I. 17; C.A. No. 13-1748-GMS, D.I. 22) are GRANTED;

2. U.S. Patent No. 6,684,189 is INVALIDATED, pursuant to 35 U.S.C. § 101;

3. The above-captioned cases are DISMISSED;

4. The Clerk of the Court is directed to close this case.

Dated: January 27, 2015

UNITED STATES DISTRICT COURT