NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MONEY SUITE COMPANY,**
*Plaintiff - Appellant*

v.

**21ST CENTURY INSURANCE AND FINANCIAL SERVICES, INC., 21ST CENTURY INSURANCE GROUP, FARMERS GROUP, INC., LENDINGTREE, LLC, CITIGROUP INC., METLIFE, INC.,**
*Defendants - Appellees*

---

2015-1337, -1338, -1339, -1340, -1341

---

Appeal from the United States District Court for the District of Delaware in case no. 1:13-cv-00984-GMS Chief Judge Gregory M. Sleet

---

## **O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

                                FOR THE COURT

March 26, 2015                    /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court

**ISSUED AS A MANDATE:** March 26, 2015

cc: Clerk's Office, United States District Court for the District of Delaware
Michael Boardman
Marc Aaron Fenster
Eric B. Hall
Adam S. Hoffman
Emily Curtis Johnson
Kellie M. Johnson
Eagle Howard Robinson
Pratik A. Shah
Rodger Dallery Smith II
Benjamin T. Wang
Fred I. Williams